UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAJUAN BENNETT,

                              Plaintiff,          Case No. C25-1487-TL

        v.

J. HURT, *et al.*,                                ORDER DISMISSING ACTION

                              Defendants.

The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's amended complaint (Dkt. 9) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).  The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 25th day of February, 2026.

 

 

TANA LIN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2